*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

Ms. Joami Ali
5357 27th Street South
Fargo, ND 58104
Apt 216

§
§
§
§
§
§
§
§

(Enter full name of each Plaintiff, above)

vs. AT and T
T-Mobile USA Inc
T-Mobile for Sprint
T-Mobile for Metro PCS
T-Mobile for Boost Mobile

§
§
§
§
§
§
§
§
§
§
§
§

Civil Case No. _____
(To be assigned by Clerk of Court)

**JURY TRIAL DEMANDED** ☐Yes ☐No
(Check one)

(Enter full name of each Defendant, above)

**COMPLAINT**

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions). Telecommunications giants have been allowing federal agencies, corporations, hate group to access telecommunication data by pinning phone lines to Federal agencies, courthouses churches research centers to facilitate hate crimes to delete crucial evidence implicating tortious Acts constitutional violations 1, 4, 13, 14 and 6 plus FCC Laws have been violated.

**SAMPLE COMPLAINT**                    1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Ms. Jaami Ali
5357 27th Street South
Apt 216
Fargo, ND 58104

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

AT and T @ Global Legal Demand Center
North Palm Beach FL, 33408

T-Mobile USA, Inc Executive Response

**SAMPLE COMPLAINT**                    2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary. Since 2006 the plaintiff Sprint lines have been surveyed and it accompanied National Security Watch of her lines, her person, her home, and social family network, Surviellence continued and grew progressively worst as she acquired more professial, social network, family standing as well as monetary resource, She has Switched to, MetroPCS, Boost Mobile but the problem persisted. AT and T cell site record obtained by the Global Legal Demand Center reflect unprecedented surveillence to churches, corporations, to unknown Places and to courts.

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings. AT and T, and T-Mobile have offices and branches in all 50 states and this US District Court has the right to hear the case. Both companies have been served with intent to sue prior to the filing of this claim. AT and T was served with intent to sue notice November 20th 2021 T-Mobile USA, Inc, Sprint, Metro PCS, Boost Mobile served in April 2022

**SAMPLE COMPLAINT**                    3

**VI. RELIEF.** State what you want the Court to do for you. To request wiretap warrants, request compensation and to obtain authorities involved in permitting invasive pervasive wiretap.

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 20 day of November , 2023

Signature of Plaintiff

Printed Name of Plaintiff
Jaami Ali

Mailing Address
5357 27th Street South

City, State, Zip Code
Fargo, ND, 58104

Telephone Number of Plaintiff
917-412-0248

Signature of Plaintiff

Printed Name of Plaintiff

Mailing Address

City, State, Zip Code

Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                    4

IV claim

By September 2013, the plaintiff resumed working in Political positions. The plaintiff noticed that by 2013 all the persons she had longstanding good solid relationships with completely stopped calling her. Then by January 4th the plaintiff experienced direct energy attacks, She noticed human tracking by police, fire, emt, transit and trades. By November 2013, the plaintiff became fully disfigured unemployed and homeless.

By January 1st 2014, all the data on the plaintiff's Sprint phone was sim card swiped on a remote basis with data from her exhusband's phone, The sim card occurred in her mother's home and around the time the plaintiff planned to file a claim of unusual disfigurement with police and doctors. On November 20th, 2013 the plaintiff aged overnight, via trade secrets yet pictures and video show her looking like a teenager. After the sim card swipe occurred cops, fire, emt, sanitation trades targeted for sex trafficking and other forms of extortion.

From November 2014 to November 2015, the plaintiff subscribed to Metro PCS and all her photos would be photo shopped, deleted. Further a third party accessed the phone to impact text messages. Further Metro PCS Hotspot IP addresses traced to Tulsa Oklahoma US District Court house pertaining to emails about the disfigurement to face, voice, ENT, breast, buttocks and thighs. Telecommunications also traced to Tulsa Oklahoma US district court house where a FISA court jurist sat when I created a flyer called "White Cops White Firemen, never have Never will," Telecommunication was traced to T-Mobile's corporate headquarters in Washington State, to Detroit, Michigan to the site of the Antheny Tolson Murder scene, Telecommunication traced to MIT Harvard Darthmouth etc, In Addition calls continuously dropped or had no service.

In January 2020, the plaintiff subscribed to Boost Mobile so The phone's IP traced to aura Colorado, while she was living in New York and New Jersey. The plaintiff physical phone's proxy IP traced to the Harrison, NJ Detectives Bureau to Patterson, NJ (a white and latino) township, The Phone's IP traced to an FBI office in Connecticut, in Dayton, Ohio and to Grand Rapids, MI, The Phone traced to the White House for one year, Additionally 86 Chambers street which is @ the site office for the US DOJ, The plaintiff's phone traced to numerous New York Police Department Precinct that were located in drug hubs, in latin neighborhoods or on blocks named Malcolm X, The Boost Mobile subscription service offered voice mail transcription wherein the service transcribed the actual names of former staffers from New York City Housing Preservation Staff, Further as the plaintiff used Boost Mobile used her phone for self employment, her business suffered, Lastly as the plaintiff paid a paralegal to draft a federal claim against police regarding targeting, A third party placed a national security document showing family intelligence

In 2023, NYCHPD FOIA representatives also stated that no copies of two her picture identification cards could be found.

IV Claim By 2011 a former friend stated that her line seemed to be wiretapped because she heard an echo. The plaintiff stated it had been happening for years. The plaintiff also shared she was subjected to malicious interference both on the phone and on her email. The plaintiff called in complaints to Sprint about wiretapping in 2011 and in 2012. She explained tha malicious activity increased when she spoke to black men, spoke to her child, pursued music contacts and pursue black professional networking opportunities. The plaintiff stated she was receiving emails from unknown persons & repeating conversations from both party conversations with elderly Haitians who don't use social media.

In July 2012, her former Russian exhusband Vadim Kolesnikov, told her what Rubin Wolf told her in 2006. Her Russian exhusband stated she was under unprecedented surveillence but was unaware. He said I would become ugly, homeless, and unemployed. He said there was a group of whites, latinos and some Indans cops and military who saw heard read everything I did and would conspire to bring me down. My exhusband said I was a governmental target by a group who felt targeted by how I treated them, outshone them. The plaintiff did not believe her former husband. However the plaintiff filed an order of protection, but she didn't list any of his warnings but mention other aspects of his threats,

In August of 2012, the plaintiff filed for divorce from her Russian exhusband and she enrolled her child through a prior marriage into an HBCU. She also met with former appeals Judge for New York Justice Sheila Abdus Salaam. The plaintiff notice that at high level functions she was being surveyed by catering staff, shadowy figures, Men in Black and a light skin black gatekeeper demographic. The plaintiff started to experience tremendous malicious activity on her gmail accounts as well as with banking. In that the bank denied access to her accounts or said she had no funds. Her email or yahoo and gmail accounts were being logged into by predominately latino hubs such as San Antonio, Texas.

~~In May 2006~~

IV Claim (Continued) As of 2006, the plaintiff was working as a civil servant. The plaintiff worked as an intergovernmental project manager of affordable housing lottery programs. Half of her tasks related to forensic auditing and corruption investigations. Her supervisor Rubin Wolf was a very short orthodox jewish man, whom had problems with black soverigns. Although the plaintiff had a long history of being a black separatist she was not one under his supervision nor did she reveal her former affiliation. However, the plaintiff's former supervisor became infuriated when she returned from breaks wherein she spoke on the Sprint phone with "Person X". The Plaintiff's former supervisor became infuriated when dark skin or black men from the street credibility personality socialized at her cubicle. Mr. Rubin Wolf became incensed when black developers preferred to engage with the plaintiff rather than Mr. Wolf or other project managers. The plaintiff was however known as being extremely meticulous, thorough, articulate and attractive. Although the city agency the plaintiff worked for was diverse, it was generally led by white males, whom many black staffers confided were extremely racist and practiced targeting against new rising star black hires. One of the white male staffer rumored to black list black staffers who resigned from the city agency the plaintiff worked for New York City Housing Preservation and Development was its commissioner "Shaun Donovan" Shaun Donovan left the agency and became Barack Obama's HUD Secretary.

However, at the agency the plaintiff was highly favored but disliked by latinos, Africans, Carribbeans and poor whites. The plaintiff was precieved as a "Hip Hop" executive fly girl.

II Claim  By 2006 the plaintiff was a highly trained Vocalist. Before and After work the plaintiff trained and practiced Set performance for four hours a day. In addition on rapid trip home the plaintiff studied and practiced the LSAT and breezed through exersises. Very often after work the plaintiff attended auditions or shows. The plaintiff also worked side jobs and as a vocalist to earn the income for hair wardrobe and production. The plaintiff attracted tremendous attention because of her finesse, professionalism and beauty. At work the plaintiff was likened to a Whitney and her jewish supervisor a Clive Davis. However due to the plaintiffs income, promotional background she had no need for a Clive Davis.

By June 2006, the plaintiff privately met with her former supervisor about the growing tension. Her supervisor said she wasn't a gatekeeper. He said, he didn't like her consorting with other black project managers. He took issue with the plaintiff socializing on lunch breaks with a black scholar with dread locks. He said as well as screamed that he didn't like her flashy style. He didn't like the fact that she cut off her long hair. The Plaintiff's former jewish supervisor then said that she was a subject of unprecedented surveillence. The plaintiff state former supervisor stated he access to intelligence regarding her and her child's private life. The plaintiff boss said she was a subject of an urban spy network. The plaintiff stat supervisor Mr. Rubin Wolf said he was politically empowered to direct the spy network to make the plaintiff life a living hell. The plaintiffs also focused on her biometrics as being a factor in activating the angst of this network as well as her favorable interactions with black men. The plaintiff did not believe a word of her former supervisor said but reported the threats to an IG. As of 2023 NYCHPD responded via a FOIA request that the IG reports can not

IV Claim – The National Security Document that appeared on the Boost-Mobile has cellsite tower data for places the family lived, worked, socialized, medically treated, educated. The document has tower information for "Person X" "NYCHPD" also has details from the 1970s. Further the National Security Document has data on cloning centers of my DNA to latin neighborhoods in Texas. There is tremendous data on NYPD headquarter information, taxis, hospitals, and defense contractors. In ~~November~~ October 15th the plaintiff was fincially extorted, homeless and moved to North Dakota where in no towers could supply Boost-Mobile connection.

On April 1st / 2nd 2021, the plaintiff subscribed to T-Mobile and she experienced hacking, over heating of phone, third party access to the device, dropped calls. Further the first day the plaintiff arrived to Bismark, North Dakota, she used it to obtain an Uber and while on the Uber Ride To Bismarck sheriff followed the taxi. The IP traced to NYPD JNYC city Hall/ to US DOJ in NYC as well as to the Minneapolis US District Court House, which is located by the USDOD site office, to the US Attorney General's office.

By August 2022 the plaintiff upgraded her T-Mobile plan to add data to facilitate work, uber rides and legal drafting regarding this claim, the Plaintiff's phone's IP traced to LAPD Headquarters, to the Minneapolis US District Court House, as well as to locations in Texas called Malcolm X, however the plaintiff didn't know ~~the~~ until April 2023 that the T Mobile phone traced to the US District Court House in Minneapolis

In September 2023 the plaintiff obtained, a job offer with ~~nether~~ Nabor Oil Drilling yet she failed the drug test as codene was in the urine. The plaintiff felt due to 'cops reading her phone data they used trade secrets to drug her, hence having Nabors retract the job offer, to prevent a lawsuit.

In April 2023, While on a Medicaid Expanion paid cab fare ride to a medical appt, from Williston, ND to Dickinson, ND she was targeted by motorist using vehicle to in weaponized way, with Directional Energy Weapons to one impact biometric profile and blood pressure, as well as bone composition. As the plaintiff reviewed data, the phone's IP traced to the Minneapolis, US District Court House where a FISA Jurist works but one minute from the DoD office

IV Claim – The IP to the T-Mobile phone has also traced to San Antonio Municipal location wherein there are municipal buildings named after latino political figures.

Since having Boost Mobile and T Mobile IP addresses reflect that Phone trace the physical location and the wiretapp location, This has caused my phones to overheat and become defective to the point where replacement phones are needed, Yet T-Mobile is currently charging close to $100 for a replacement phone non return charge.

## Violation 1

First and foremost there are three branches of government to ensure checks and balances, The plaintiffs phone has been traced to the courts, to the white house and to legislative locations, In this situation the Plaintiff is considered by T Mobile back end office as a domestic terrorist, but she is not, There are no subversive criminals acts that have ever been planned or committed by the plaintiff and so surveillence is unwarranted and has been by the time she was born, Yet due to the plaintiffs family's involvement with an assissnation she has been covertly surveyed, targeted and experimented on, Therefore T Mobile the conglomerate and AT and T facilitated violations of the 1st, 4th, 13th and 14th amendment.

## Violation 2

As all phone subscription services with AT and T and T-Mobile the conglomerate has been traced to U.S. District courts with FISA jurists working from those courts it provides probable cause that the plaintiff is a national security target and threat. Further as the plaintiff from birth to present was no criminal history but her phone is traced to US District court houses wit FISA judges it strongly suggest that her data is being reviewed by the courts which is illegal, As the plaintiff has complained of being a direct energy assault target due to her looks, talent, intelligence and aligning with black separtist, it is likely that the US District Courts or FISA judges has authorized signet attacks and have authorized secret programs to target her genome and bio metrics

Violation 3

As all phone subscription services with AT and T and T-Mobile the conglomerate has been traced to the US District Courts with FISA jurists while she has been in New York City (born, raised lived there until 2018) (then on and off till 2021) it suggest that secrecy is being used. As telecommunicate is traced near military Department of Defense site offices it implies that telecommunication providers have allowed the DoD to target civilian phone lines for nepharious purposes, but it explains the access to the plaintiff's phone. Please note the Plaintiff's Boost Mobile's Sprint Tower related to the proxy IP (IP address related to the physical phone) traced to Aurora Colorado as well as to FBI site offices in the midwest and east coast and to NBC Studios while the plaintiff was residing in Queens, New York. As that occured the Plaintiff's data was altered, deleted. This impacted quality° evidence, this entrapped her, framed her. Further, the plaintiff was able to identify news stories built from the FISA secret programs (Manchurian) which served to mitigate against what the plaintiff has stated about her targeting, major disfigurement, and racial sex slavery demands by cops firemen, sanitation, trades.

1. FISA sole purpose is to authorize wiretapp and secret programs on international threats, domestic terrorists. As the plaintiffs phone is and has been traced to FISA Jurist Federal courts as well as local and state courts telecommunication companies are allowing the plaintiffs data to be removed altered to prevent a speedy trial to create delays, to make the plaintiff pass deadlines and create and atmosphere of lies.

2. As the plaintiff's phone has traced to Minneapolis, Minnesota to where a FISA judge works, to where a military installation or site office ~~resides~~ is located it implies that the executive branch of government is involved. As such it is illegal for Defense to be involved in the civilian affairs of the plaintiff,

3. As the plaintiff's phone has traced to the federal zone in Minneapolis, Minnesota where the US DOJ and Attorney General office is located it implies that T-Mobile is involved in a RICO where in US DOJ Attorney General's office is providing governmental protecti The plaintiff is a non criminal paying customer of T-Mobil and formerly of AT and T and she should have always experienced normative user experiences like other T-Mobile Conglomerate and AT and T users. As the plaintiff's is heavily and unusal ways she is a victim of 14th amendment violations

4. T-Mobile is charging the plaintiff nearly $1000. for a replacement phone and threatens to suspend services, if the plaintiff does not return the former defective phone. The plaintiff's phone contains rich data that supports claims of government targeting, unlawful telecommunication surveillence, and would loose evidence. Further the times the plaintiff transferred files to a usb suchas a new usb the data gets erased because the ~~nexus of~~. evidence shows telecommunication giants facilitaing law enforcement military and white, latino, African Carribbean involvement, As such since the phones tower is pinned to the actual court house whichis out of state.

4 (continued)   If the T-Mobile phone traces to out of state locations, it implies that the battery is being strained because data is being pulled from several out of state locations. The plaintiff has no control to that, T-Mobile has control over that. As such all fees should be dropped. This is a form of entrapment cyber piracy and an effect of 4th Amendment violations as well as 6th Amendment violations.

5. The plaintiff has complained since 2014 to present that Harvard MIT and other IVY League institutions are involved in researching her, creating soft robotic actuators that are within the plaintiff that have redesigned her complete biometrics. The plaintiff has said that she has been redesigned because of what she said about the white male reproductive organs the lack of rhythm, not liking their biometrics in 2006. Further she is targeted about what she said on Sprint Verizon about her ex husband being an or (Russian speaking ex-husband) about looking extremely aged an ugly). She is targeted about revealing the cheating proposition by the Mix Tape DJ on the phone.

Since 2014 to present the plaintiff phone has been traced to Cambridge, MA, Boston, MA which are the locations where Harvard and MIT are located. Most recently in April 2023, the plaintiff's phone traced to the Harvard Gun Club in Nebraska.

(5. Continued) As the plaintiff phone traced to the Harvard Gun Club, it traced to San Antonio's Municipal location wherein there are many named latino buildings, it traced to the U.S. District Court House in Minneapolis where the FISA jurist works, the phone also traced to a site in Dallas called Antioch and Malcolm X Boulevard. As the plaintiff is a former sing but can no longer sing, is a former public speaker but can no longer perform those duties on a professional basis, and as the plaintiff has been redesigned to look white, latino or androygnous, there is enough probable cause that telecommunication giants recieved authorization to allow federal actors to target her to prevent her from becoming a federal actor or important actor in government or within the black community.

6. The plaintiff use to tell her former friends that she cheated on her white ex husband because he was an alcoholic, reckless, a nazi and aged, she would tell her mother on her sprint phone that her ex husband that he was a "white wrinkle raisin. The persons she spoke to where elderly and not computer savvy, they just used to laugh. However with regards to AT and T when the plaintiff spoke to other black targeted individuals whom were targeted for their genome,

(6 continued) AT and T forwarded the calls to Sisters of the Poor a Catholic based assisted living center for aged persons which houses many aged white person, However, the plaintiff was never at the assisted living center. Nor did the plaintiff drive by the center,

In addition- AT and T Cell Site Simulator obtained November 20th 2020 from the Global legal demand center shows that when she spoke to black women whom were targeted and made poor an aged, or if she spoke to a black TI who looked like a famous black rapper or if she checked her food stamp balance AT and T records show the calls were traced to the Marriott Hotel in Fresh Meadows Queens The Sisters of the Poor Assisted Living (Catholic) Center, The World Wide Church and the Covenant Church of Christ,

AT and T cell site simulator records are official, they are legal, and the records indicate that the plaintiffs biometrics, youth reversing genome and looks are sought after by constituent groups, by hate groups. Records show she is a religious target, Records show she is targeted by whites and by groups that support whites and by groups who willingingly traffick with whites to prevent poverty such as West Africans and Caribbeans, Records show that she is made to look old also because of what she said about her

(6 continued) former husband as being a white wrinkled raisin and being ugly. Records show that the plaintiff was indeed surveyed by Sprint i@ from 2002 through 2013 for reasons that had nothing to do with terrorism but to do with race, religious practice, health lifestyle.

Further AT and T is not Sprint or T-Mobile but AT and T pinned calls to a Catholic nursing home. The plaintiff is known to look extremely young and to be very agile, the plaintiff's husband is known to look like an centennial. The plaintiff's former Russian is a Catholic, she is Muslim. This situation reveals an FBI File. Additionally the Term or name of the West African Church: World Wide Church conveys dark surveillence, implying that constituent group survey her through dark web but implies that something that shouldn't be happening is such as unwarrented survellence.

Also the name of the church; The Covenant Church of Christ conveys a pact, a "blue wall of silence," that government actors abide by to break rules pertaining to the plaintiff

IV Claims

According to the AT and T Global Legal Demand center AT and T cell site records, since the very first day of service or subscription service the plaintiffs cell phone showed wire tapping such as pin and trap trace, to the last day of service which ended in June 2017, For example on March 7th, 2017 cell site records obtained Noember 20th 2020 show the plaintiff's service was pinned to cell towers at the Marriott Hotel located in Fresh Meadows Queens while she was in Jamaica Queens and in South Brooklyn, Before and while the plaintiff recorded her voicemail a series of codes were recorded on the cell site record. The above described implicates Pin Trap Trace, Further, as surveillence is indicated before the plaintiff placed her very first phone call, it implies that an anticipatory warrant was obtained on the plaintiff based on human confidential intelligence, yet again if the plaintiff has no criminal history or plotting criminal subversive domestic terrorist act it is completely unwarranted. The plaintiff ask the federal court to order AT and T to provide copies of warrants or application to AT and T to allow wiretapp of plaintiffs phone,

II Complaint

AT and T and T Mobile the conglomerate are two separate entities yet according to the AT and T Cell Site Record Obtained from the AT and T Global Legal Demand Center and the plaintiff's evidence obtained through screen recordings video footage and an app cell site catcher, these telecommunications giants are applying a methodology using cell towers at religious churches to pin cellular communications as well as to access the phone, for example, per the AT and T cell site records calls traced to churches while the plaintiff was in a different or far cell tower location.

Per T-Mobile on September 24th 2020 which is her father's birthday the plaintiff's Boost Mobile phone was heated up as she walked by an NYPD cop car and NYPD officer. Her cell site catcher stated or indicated her Boost Mobile phone was accessed as that occured she was targeted by Directional Energy. Addition the cop stood or leaned of the gate of the New Apostolic Church edifice,

The other common theme is that these location are within a few blocks from the NYPD Traffick camera. As such evidentary data shows a nexus of actors' Telecommunication companies, the church and NYPD. Additionally IP addresses for Boost Mobile Sprint Tower lines now owned by T-Mobile is that Towers also belong to the NYC US DOJ site office and NBC Studios at 30 Rockafella Plaza.

IV Claims:

The plaintiff has complained that she has been targeted by whites, Jews, latinos, carribbeans and Africans to force her to traffic with them to prevent further genome disfigurement, to work, to prevent poisoning and drugging of food, water, air, mail packages. Most importantly to traffick to protect the genome of her family who possessed highly sought after DNA traits.

IV Claims                    September 2022   Williston, Dickinson

On August 2022, the plaintiff consulted with a skilled civil rights attorney regarding her claims. The attorney stated the case was very challenging because various aspects of the law were involved and needed to be segregated and analyzed. The plaintiff recommend that I set up additional consultations each costing approx $250 each. The plaintiff agreed.

To be prepared to meet litigation/consultation cost the Plaintiff applied to an oil field job. After she submitted her application white, African, latinos targeted her and drugged all the way to the test site. The occupational drug test administrator actually gas lighted her, and show her tools used by drug users to fake a positive drug test. He showed her a catherer a catholic Holy Water Bottle and then requested urine from the plaintiff which returned back positive for narcotics yet the plaintiff took no drugs or medicine containing that narcotic.

IV Claims    September 2022  Williston Dickinson

On August 2022 The plaintiff reached out to T-Mobile to upgrade her data plan, right after she did, her telecommunication was pinned to the headquarters of LAPD which is near the DEA office, Telecommunication also traced to cell towers in Texas near to place named Malcolm X Boulevard as well as to Minneapolis It is Logical assumption to make that a federal or National Security actor played a role in ordering the drugging of plaintiff to create a situation wherein she would loose the job and face obstacles to paying for skilled representation,

IV Claims   November 2022   Philadelphia

The plaintiff used a method using cloth and other natural means to detox plasticizers and smart material that has served as some foreign factors that has disfigured her entire genome, As she did that her eyes, teeth, buttocks, hair skin started to return to their genetic disposition, Immediately when that happen and she requested LyFt (The rideshare company) facial recognition was used to deploy a governor Chris Christie former Attorney General look alike who picked her up from Target and rushed to touch her target bags an drug it with the same substrate used to drug her in North Dakota

Claims IV                    November 2022  Philadelpia/NYC

The plaintiff used her phone in Queens/New York to look flights to Florida and Georgia. When The Plaintiff was booked at an air bnb and her genome was in the process the plaintiff used her T-Mobile Hotspot to log in to her computer. She may have also used the air bnb wifi. However a Comcast technician came with a Comcast truck and rewired or attunuated something then the plaintiff started to look masculine, Her tele-communications from her phone was cloned to an unknown device. Further IP addresses traced to the Atlanta Georgia Capital legislative house as well as to Miami Florida.

                    December 2022  Georgia

Plaintiff's phone's IP traced to the Georgia Capital, and to Suwanee police department in Georgia. The Plaintiff also noticed that her hotspot was traced to the House of Representatives in D.C.

IV Claim                    May 2023  Georgia/North Dakota

The plaintiff used her T-Mobile phone to book a roundtrip from Fargo to Atlanta. As she did that her phone traced to the US District Court House in Minneapolis, MN wherein a FISA judge works. While at the Minneapolis Airport she was harrassed. However just as she arrived at her guest residence she received an email late at night from North Dakota Safety Council in which the communication only mentioned HSI which when googled produced results for Homeland Security Investigations, but upon further research she found the email address linked to NDSC. Additionaly on the website of NDSC there is a latinized look alike of the plaintiff with a look alike of her former commissioner for NYCHPD. That email served to taunt her.

IV Claim          November 2023

The plaintiff used her T-Mobile phone to research and apply to jobs on Indeed.com. The plaintiff applied to a job with a vitamin shipping company Swanson which has a similar name to a Philadelphia Street she was to move storage items to. The plaintiff felt lured to the job for fraudulent and nepharius reasons.

IV Claims          North Dakota

Several days before the job interview with the temp agency, she complained to her loved one on a federally monitored lined that she was being poisoned and drugged due to data sent to her partner using her T-Mobile line. Further when she arrived at the ~~temp~~ Fargo temp site ~~there~~ she alleges that the temp agency's receptionist and recruiter drugged H.R. paper she touched and the bottles of water they gave her. However, the Plaintiff tested positive for Cocaine. The Plaintiff went to the hospital and tested negative for all major narcotics.

II Claims     Fargo / North Dakota

The plaintiff uses her T-Mobile to book Uber Rides when she does the Uber driver target her in a way to enanct revenge based on data on her phone. Furthe when she books her uber rides at night a drone waits for her to board the Uber and the follow the Uber to work site in addition to sending Direct Energy, drugging and poisoning.

## IV Claims.

The FISA court authorizes warrants, for surveillence to prevent major national security Crimes. Yet FISA also authorizes programs that require signet. Signet can be used from drones, from telecommunication Services, devices and chips. However, signet can be used on Human targets to support illegal human operations, National Security does engage dark, black ops programs that have little to no oversight which defy checks and balance, theology the US abides by. This program involves cloning, manchurian candidate development, sex farms, cult programs such as Project Paker Clip, MK ultra, These programs at one time included mostly whites and latinos. These programs were around as Dr. King, Malcolm X and Elijah Mahammad was around. The two groups who spoke on this were white and latino survivors and the Nation of Islam. Yet the country ignored MKUltra white and latino survivors and controlled Minister Farakhan's speech, Yet as the Nation of Islam leader aged out of public speaking roles, the First black President from Farrakhan's home city Chicago emerged and proud former of Nation of Islam Followers with muncipal backgrounds and sought after DNA

Claims IV

to be the new voice of this program which telecommunications are very involved in, in terms of providing wiretap but also to provide as siget targeting to. It is illegal, unethical, inhumane, cruel and in violation of constitutional rules or law.

Claim IV          Infectious Disease (Boost Mobile (T-Mobile

The plaintiff has rarely been sick in her life. For example since age 12, the plaintiff never had a cold. Her own The plaintiff has said to providers in New York and in New Jersey that she has been implanted with soft robotics, RFID, multifacted DoD implants to disfigure her, gag her, facilitate human sex trafficking and to remove her from the professional entertainment market place. The plaintiff, looks like a person of a different race, ethnicity but not herself, providers confirmed existence of unusal material in her face knees, skull.

Prior to genetic targeting the plaintiff was happy go lucky, physically active and generally photogenic. However the plaintiff is brash, harsh, defensive and combative with anyone who challenged her authority, tried to fight her, etc. There have been occassions where the plaintiff retreated, to prevent incarceation. There have been occassion white males in her work place attempted to court her but the plaintiff fiercely blocked it. Now as a target Whites, latinos, Africans Caribbeans, have used various modalities to target her if she exhibits pre targeting behavior, They have used modalities, to make drug test, return positive for, narcotics, give her COVID and simulate sexual transmitted disease.

IV Claims. As may have been mentioned. Facial recognition is used to target the plaintiff on behalf of official actors, so on the NYC LIRR which is a public transportation space a White woman looking like a Russian version of former attorney general William Barr's wife put a cell phone to her chin, which is where the plaintiff states she has an implant, targeted her body with DEW to decrease immunity he can audoboum bag with a bird on it to communicate a wish of death because the plaintiff is naturally attractive like Malcolm X and verbally combative like Malcolm X.

Also on the New Jersey Path, look alike of Meghan Markle, Ice T and a LuLu Lemon bag were used to target her on March 3rd 2020. March 3rd, 2020 is the birthdate of the LuLu Lemon founder whose name is Dennis J Chip. Dennis J Chip has mussle issue. The plaintiffs body is completely replaced with a military eksoskelet Probable cause shows that the plaintiff is surveyed to and the genome of whites and to see how she moves with white genome devices. Secondly the Ice-T look alike use a button with hidden cameras that beamed at her. Thirdly The Meghan Markle look alike stared at her angrily as if she wanted to smack the plaintiff, however all prototypes represent racial groups, she has fought, argued with, denied dating, experiences and they bring up in current time surveillence, secrecy, and DNA envy all in public transportati What @ this says is that telecommunication providers allow access to her data to facilitate telesurgery and hate crimes.